

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

April 25, 1947

Hon. Paul H. Brown
Secretary of State
Austin, Texas

This Opinion overrules
Opinion No. O-6311
Opinion No. V-165

Re: The applicability of
the Securities Act to
a group retirement
plan issued by a non-
profit group.

Dear Sir:

You have requested the opinion of this de-
partment as to whether or not the Employee Retirement
Plan of Safeway Stores, Inc., and its United States
subsidiaries come within the provisions of the Texas
Securities Act.

A careful examination of the copy of the
plan and the certificate issued to each employee con-
tributing thereto, submitted with your request, dis-
closes that the retirement plan or membership therein
does not fall within the definition of a "security"
as defined in Section 2 (a), House Bill 521, Acts of
the Forty-fourth Legislature, Regular Session, 1935,
(Article 600a, Vernon's Civil Statutes) which is as
follows:

"The term 'security' or 'securities'
shall include any share, stock, treasury
stock, stock certificate under a voting
trust agreement, collateral trust certifi-
cate, equipment trust certificate, pre-
organization certificate or receipt, sub-
scription or reorganization certificate,
note bond, debenture, mortgage certificate
or other evidence of indebtedness, any
form of commercial paper, certificate in
or under a profit sharing or participation
agreement, certificate or any instrument
representing any interest in or under an
oil, gas or mining lease, fee or title, or
any certificate or instrument representing
or secured by an interest in any or all of
the capital, property, assets, profits or

earnings of any company, investment con-
tract, or any other instrument commonly
known as a security, whether similar to
those herein referred to or not."

It will be noted that the "certificate" a-
bove referred to is not transferable either on its
face or under the provisions of the Plan, but on the
contrary is merely evidence of the fact that the em-
ployee named therein is a subscriber to or a member
of the Plan subject to its terms and provisions.

It does not appear from either the Plan
submitted or from other information that the employee
is in any manner solicited by the employer or the com-
mittee to become a member of the Plan but such member-
ship is made available to him after he has (1) com-
municated in writing to the committee of his acceptance
of the terms and conditions of the Plan on the form
provided by the Committee and (2) authorized the em-
ployer in writing to deduct from his compensation the
contribution specified in the Plan (See Article II,
Paragraph 2 of the Plan). All contributions to the
trustee under the Plan are to take place in the State
of New York. (See Article VIII, Paragraph 7 of the
Plan)

The beneficial interest or share of the em-
ployee in the Plan is payable to him in varying
amounts and dependent upon certain contingencies.
(See Articles IV and V of the Plan). Such interest
cannot be alienated or sold in any manner by either the
member beneficiary or survivor. (See Article VII,
Paragraph 2 of the Plan).

Although the Plan contains many features in
common with group retirement insurance, such as contribu-
tions by employer and employee, based on length of serv-
ice or other similar classifications, and providing for
a sum payable upon certain conditions upon the happening
of certain eventualities, nevertheless it is not an an-
nuity as such term is generally understood.

The legal effect of the Plan is to create a
savings fund for the benefit of the employee, the manage-
ment and control of which is vested in the employer, the
committee and the trustee, which fund is to be disposed
of by the trustee upon the contingencies set forth in
Articles IV and V of the Plan and therefore, the Employee

Retirement Plan of Safeway Stores, Inc. is not subject to the Texas Securities Act.

The foregoing holding being in conflict with Opinion No. O-6311, approved on February 19, 1945, such opinion is overruled.

## SUMMARY

The Texas Securities Act is not applicable to the Employee Retirement Plan of Safeway Stores, Inc., the same being a non-profit retirement plan with certificates not subject to sale, transfer or assignment. Attorney General's Opinion No. 0-6311 approved February 19, 1945, overruled.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

C. K. Richards
Assistant

CKR/lh

APPROVED: April 25, 1947

ATTORNEY GENERAL